**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00060-CV**
_____

**SHERAKA FRANKLIN, Appellant**

**V.**

**BEAUMONT HOUSING AUTHORITY, Appellee**

**On Appeal from the County Court at Law No. 1**
**Jefferson County, Texas**
**Trial Cause No. 137,152**

**MEMORANDUM OPINION**

The trial court signed a final judgment in this case on January 28, 2022. Appellant Sheraka Franklin filed a notice of appeal, but she has failed to file a brief. On July 8, 2022, we notified the parties that the Appellant's brief had not been filed and that the appeal would be submitted without briefs unless we received Appellant's brief and a motion for extension within ten days, and we warned Appellant that the appeal could be dismissed for want of prosecution if the appeal was submitted without briefs. On August 1, 2022, we notified the parties that the

1

appeal would be submitted to the Court on August 22, 2022, without briefs and without oral argument. *See* Tex. R. App. P. 39.8.

In the absence of a brief assigning error for appellate review, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1); Tex. R. App. P. 42.3(b).

APPEAL DISMISSED.

PER CURIAM

Submitted on August 22, 2022
Opinion Delivered August 25, 2022

Before Golemon, C.J., Kreger and Johnson, JJ.